**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARY EILEEN DELGUIDICE,<br><br>                    Defendant. | Case No.: 10CR00162-WQH<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT** |

   Upon motion of the United States of America and good cause appearing, the Indictment in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

   IT IS SO ORDERED.

Dated:  April 10, 2015

_____
Hon. William Q. Hayes
United States District Judge